IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| THOMAS E. KEEFER<br>    *Plaintiff,* | §<br>§<br>§ | |
| v. | § | Civil Action  No. 2:23-CV-0021-JRG-RSP |
| | § | |
| WEATHERPROOFING SERVICES, LLC<br>    *Defendant*. | §<br>§<br>§<br>§ | |

### ORDER

Weatherproofing Services, LLC ("Weatherproofing Services") previously filed a Motion to Change Venue or in the Alternative Dismiss (Dkt. No. 8.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 15), recommending denial of Weatherproofing Service's motion. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion to Change Venue or in the Alternative Dismiss (Dkt. No. 8) is **DENIED**.

**So Ordered this**
   Aug 17, 2023

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE